U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORETTA D. RIORDAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:16-CV-00317-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR EAJA ATTORNEY'S FEES<br><br>ECF No. 22, 26 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on January 19, 2018, ECF No. 26, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 22, be granted**.** No objection was filed.

After review, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 26,** to grant Plaintiff's motion for fees pursuant to the EAJA, **ECF No. 22,** is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2. The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED February 5, 2018.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge